UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANDRIAL CHED ORTIZ,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of a Firearms**

On or about April 10, 2024, in Ingham County, in the Southern Division of the Western District of Michigan, the defendant,

ANDRIAL CHED ORTIZ,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock 43X, 9mm pistol (S/N: BXBD548) and a loaded Glock 43X, 9mm pistol (S/N: BXBD561), and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
STEPHEN P. BAKER
Assistant United States Attorney